99 A.3d 827

IN THE MATTER OF MICHAEL L. RESNICK, AN ATTORNEY
AT LAW (ATTORNEY NO. 005771988).

October 15, 2014.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 13–413, concluding that **MICHAEL L. RES-**

NICK of **LONG VALLEY,** who was admitted to the bar of this State in 1988, should be censured for violating *RPC* 1.7(a)(2) (conflict of interest), *RPC* 1.16(d) (failure to protect a client's interests on termination of the representation), *RPC* 3.5(b) (ex parte communication with a judge), and *RPC* 8.4(a) (violation of the *Rules of Professional Conduct*);

And the Court having determined from its review of the matter that a reprimand is the appropriate quantum of discipline for respondent's unethical conduct;

And good cause appearing;

It is ORDERED that **MICHAEL L. RESNICK** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.